UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cr-333-1-MTS (SRW) |
| NATHAN T. WILLIAMS, | ) |
| Defendant. | ) |

**OPINION, MEMORANDUM, AND ORDER**

This matter is before the Court on Defendant Nathan Williams' Motion to Dismiss, Doc. [55]. Pursuant to 28 U.S.C. § 636(b), the Motion was referred to United States Magistrate Judge Stephen R. Welby, who recommended that the Motion be denied. Defendant filed a Notice of Intent Not to File Objections to the Report and Recommendation, Doc. [66]. As no objections will be filed, I will adopt and sustain the Report and Recommendation filed by Judge Welby. I have independently reviewed his recommendation and agree there is no basis under the facts and the law to dismiss the indictment against Defendant.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Stephen R. Welby, Doc. [65], is **SUSTAINED, ADOPTED**, and **INCORPORATED** herein, and Defendant Nathan Williams' Motion to Dismiss, Doc. [55], is **DENIED**.

Dated this 6th day of December, 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE